## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## LYNCHBURG DIVISION

|  |  |  |
|---|---|---|
| **LEONARD STATHAM GILLIAM** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No.: 6:23-CV-00005-NKM** |
| | ) | |
| **ACE MOVING AND STORAGE** | ) | |
| | ) | |
| | ) | |
| **GLEN W. CHILDS** | ) | |
| **REGISTERED AGENT** | ) | |
| **3321 LADY CATHERINE CIRCLE** | ) | |
| **TRIANGLE, VA 22172** | ) | |
| | ) | |
| **Defendants** | ) | |
| | ) | |

## 1st AMENDED COMPLAINT

COMES NOW the Plaintiff, Leonard Statham Gilliam, by counsel, and for his 1st Amended Complaint in accordance with his Motion to Amend Pleadings and Memorandum in Support of said Motions Filed February 18, 2023, after the removal of this action to Federal Court, and its accompanying brief, which amendment supersedes Plaintiff's required response to Defendant's 12 (b) (6) Motion to Dismiss; Now Therefore, Plaintiff respectfully moves the Court for a judgment of money damages, and in support whereof states the following:

## I. Parties, Jurisdiction, and Venue

1. Plaintiff Leonard Statham Gilliam is a natural person and a citizen of the city of Boone, North Carolina, residing at 2561 Shulls Mill Road.

2. Defendant Ace Moving and Storage is a corporation of the Commonwealth of Virginia with its principal place of business being located at 3360 Melrose Avenue NW Roanoke, VA 24017.

3. The registered agent for Ace Moving and Storage is Glen W. Childs, and the Defendant's removal of this action from State Court after filing an answer in State Court constitutes a joinder of this matter and requires the Defendant to file a further answer in this matter.

4. This Court has subject matter jurisdiction over this action and personal jurisdiction over the parties, under the Carmack Amendment (49 U.S.C. §14706).

5. The terms of the contract between the parties set forth that the Defendant would move certain items from Virginia to North Carolina, as the Plaintiff was in the process of relocating. This is a legally enforceable obligation between the parties, as set forth in a writing dated June 4, 2021, which memorializes this agreement and is attached hereto and marked as exhibit A.

6. Plaintiff and Defendants entered into a contract for the transportation and storage of home furnishings and accessories on or about June 4, 2021, including moving living room furniture, bedroom furniture, den furniture, kitchen furniture, dining room furniture, a piano, and a gun safe. Said contract was executed at the former

residence of Plaintiff, which is located in the City of Lynchburg. Defendant failed to properly deliver all property or to deliver said property in an undamaged condition in breach of said contract.

7.  The Defendant through its employees, agents, officers, and directors employed drivers and movers to actually perform the loading transportation, storage, and unloading of the items which were the property of Plaintiff and the subject of the contract and the concept of respondeat superior applies to their acts which breached the contract.

8.  The terms of this contract involved the Defendant moving certain stored items to North Carolina, as the Plaintiff was in the process of relocating.

9.  The goods received by the Defendant at the point of origin in an undamaged state were delivered in a damaged condition to Plaintiff or they were missing or lost altogether after they came into the Defendant's possession.

10. When the Defendant picked up the items which were being shipped no list of items was prepared by the Defendant.

11. After the items were briefly stored by the Defendant, they were delivered in two trips to Plaintiff's residence in North Carolina.

12. The Defendant sent two trucks to Lynchburg, Virginia on or about June 4, 2021, to pick up the items which were to be shipped and transport them to a storage facility for a brief time prior to their delivery in North Carolina.

13. The Defendant did not make a list of the items that were delivered to the Plaintiff at the time of the delivery in North Carolina, but the Defendant never returned.

14. The Plaintiff expected the Defendant to return with the missing items and make arrangements to repair the damaged items after the second delivery in North Carolina.

15. When the Defendant made the first delivery to the Plaintiff's residence in North Carolina, in addition to items which were delivered, the delivery truck contained a runner, a table, chairs, glass tabletops, and other items which did not belong to the Plaintiff and which the Defendants' employees placed back on the truck before driving away to an unspecified location.

16. The Plaintiff made a Complaint to the Defendant shortly after the North Carolina delivery and the Defendant said that they would investigate the problem.

17. The Defendant had explained to the Plaintiff at the time that the paperwork regarding the delivery contract was executed that it was providing additional insurance to Plaintiff in relation to the contract for delivery and that the statements regarding full value protection insurance on Defendant's documents referenced additional coverage which did not supersede Defendants' obligations to the Plaintiff.

18. Plaintiff did not execute any waiver set forth in the section of Exhibit A entitled pre-move waiver or exception.

19. The statement in the pre-move section of Exhibit A regarding full coverage insurance was explained to the Plaintiff by the Defendant as additional and not limiting insurance coverage.

GILLIAM V. ACE MOVING AND STORAGE
Amended Complaint
Page 4

20. Plaintiff and Defendants entered into a contract for the transportation and storage of home furnishings and accessories on June 4, 2021, including moving living room furniture, bedroom furniture, den furniture, kitchen furniture, dining room furniture, a piano, and a gun safe.

21. The Defendant failed to deliver the items that were supposed to be delivered or they damaged items causing damages in the amount of $54,440.18.

22. In exchange for Defendants' moving and storage services, Plaintiff paid Defendant $4,440.18.

23. Defendant received the items which were being moved at the inception of the move and knew or should have known that the items to be moved and stored were valuable, unique, and not easily replaceable.

24. The Defendant told Plaintiff a few weeks after the North Carolina delivery, that one of the Plaintiff's rugs had been delivered to someone in Blacksburg, Virginia.

## Prayer for Relief

WHEREFORE, Plaintiff prays for the following relief: That Plaintiff be awarded damages in the amount of $54, 440.18 and attorney's fees together with their costs expended in this matter including pre-judgment and post-judgment interest on the principal sum at the legal rate; and such other and further relief as the Court may deem just and proper.

Dated: February 27, 2023

_____

GILLIAM V. ACE MOVING AND STORAGE
Amended Complaint
Page 5

Respectfully submitted,

/s/ Joseph A. Sanzone

SANZONE AND BAKER, L.L.P.

Joseph A. Sanzone, VSB No. 20577
*Counsel for Plaintiff*
1106 Commerce Street, Suite 3A
Post Office Box 1078
Lynchburg, Virginia 24505
Telephone: (434) 846-4691
Facsimile: (800) 927-1565

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of February 2023, I electronically filed the foregoing Amended Complaint with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Lindsey Anne Lewis, Esq., Franklin & Prokopik, PC 5516 Falmouth St., Suite 203 Richmond, VA, 23230, Counsel for Defendant.

s/ Joseph A. Sanzone

**EXHIBIT A**



Phone (540) 489-2064

www.acemovinginc.com

Email info@acemovinginc.com

**ACE MOVING & STORAGE**

Family Owned and Operated

P.O. Box 14051

Roanoke, VA 24038

**JOB INFORMATION**   RELOCATION SPECIALIST: Josh

DATE 6-4-21   TIME

TYPE   SIZE   REQUEST#

**CUSTOMER INFORMATION**

NAME LS Gilliam   ALT NAME

PHONE # 434-258 6432   ALT PHONE #

OTHER CONTACT   PHONE #

**ORIGIN**

STREET Ace Moving   APT#

CITY   STATE   ZIP

**DESTINATION**

STREET 2561 Shulls Mill Rd   APT#

CITY Boone   STATE NC   ZIP 28607

ADITIONAL ON-SITE NOTES, DAMAGES, WAIVERS AND EXCEPTIONS:

Moving Stored Items to NC

Move main living items first, Living room, bedrooms, den, kitchen,

Dinning room. Piano and Gun Safe

Basement Itmes are to moved next week

**FULL VALUATION COVERAGE - MOVING DAMAGE PROTECTION PLAN**

| TOTAL VALUE | $0 DEDUCTIBLE | $250 DEDUCTIBLE | $500 DEDUCTIBLE |
|---|---|---|---|

**WORK ORDER COMPLETION & TOTAL DUE:**

TOTAL AMOUNT DUE MUST REFLECT TOTAL HOURS SHOWN

| PACKAGE PRICE | | DESCRIPTION: |
|---|---|---|
| HOURLY LABOR | | |
| (+) TRAVEL / DISPATCH | 245.00 | |
| (+) FUEL CHARGE | 126.18 | |
| (+) SUPPLIES/MATERIALS | | |
| (+) ADDITIONAL CHARGE | 1,040.00 | |
| SUBTOTAL | | |
| (-) DISCOUNT | | |
| (-) DEPOSIT AMT PAID | 3877.18 | |
| BALANCE DUE | | SUBTDTAL - DEPOSIT/DISCOUNT |
| (+) VALUATION | | |
| (+) STORAGE | | |
| (+) 3.5% CREDIT CARD FEE | | BALANCE DUE+ADDTL CHARGES x .035 |
| TOTAL AMT DUE | | BALANCE DUE+ADDTL CHARGES+CC FEE |

**A SIGNATURE IS REQUIRED TO COMPLETE THIS WORK ORDER**

By signing below, I acknowledge that (1) I have performed a final walk through of my residence and that the service of ACE MOVING & STORAGE is complete. (2) I have noted in the "Additional On-site Notes, Waivers and Exceptions" section all damage to my property and/or my household goods. (3) ACE MOVING & STORAGE reserves the option to repair any damage to my household goods and/or my property shown to be directly caused by its employees, contractors or agents during performance of the service rather than filing an insurance claim. (4) ACE MOVING & STORAGE's liability for any damage to my household goods shall not exceed $0.60 (sixty cents) per pound, unless customer purchased Full Valuation Coverage which raises our liability to $6 per pound, per damaged item, and that (5) ACE MOVING & STORAGE shall not be liable for any damage to my household goods that occurred before the service was performed or that occurs after the service is complete.

**CUSTOMER SIGNATURE**

BILLING AND PAYMENT: Select the payment method received. PAYMENT FOR THE TOTAL AMOUNT DUE MUST BE COLLECTED ON SITE

☐ CASH $_____   ☐ CREDIT $_____   ☐ CHECK $_____  #_____

Payment is due immediately upon the completion of the move. Payment may be made in the form of cash, money order, credit card, or personal check. (Note: a 3.5% charge will be added to the total bill if a credit card is used as payment.) We accept Visa, MasterCard, and Discover. Checks should be made payable to Ace Moving and Storage.

*Returned checks are subject to an administrative fee of $50.00 plus any additional bank charges accrued. If steps need to be taken to recover any outstanding amount, this agreement gives Ace Moving and Storage the right to recover the determined amount plus interest, expenses accrued to collect monies, collection fees, and reasonable attorney fees from you, the customer.

**PRE-MOVE SECTION**

ACKNOWLEDGEMET AND SIGNATURE IS REQUIRED BEFORE ANY SERVICE IS PROVIDED

* ACKNOWLEDGE THAT I UNERSTAND AND AGREE TO THE RELEASED VALUATION INSURANCE OF $.60 PER POUND PER ITEM PROVIDED FOR THIS MOVE.

* I ACKNOWLEDGE THAT I HAVE EITHER:
  a) PURCHASED FULL VALUE PROTECTION INSURANCE _____
  b) DECLINED FULL VALUE PROTECTION INSURANCE _____

* I AM AWARE THAT MY MOVE REQUIRES A 4 MAN CREW AND ILL BE BILLED AT AN HOURLY OF 245.00 RATE IN 1/4 HOUR INCREMENTS

* I ATTEST THAT I HAVE READ, UNDERSTAND, AND AGREE TO ALL CONDITIONS ON THE ESTIMATE AND WORK AUTHORIZATION FORM, AND HEREBY GIVE ACE MOVING AND STORAGE PERMISSION TO MOVE MY BELONGINGS.

SIGNATURE: _____   DATE _____

**PRE-MOVE WAIVERS AND EXCEPTIONS**

_____ MOVERS HSERVE THE RIGHT TO WAIVE RESPONSIBILITY FOR ANY ITEM(S) THEY FEEL CANNOT BE MOVED SAFELY WITHOUT DAMAGE TO THE HOME/ITEM. THE CUSTOMER ALLOWS MOVEMENT OF THESE ITEMS AND RELEASES ACE MOVING FROM LIABILITY ITEM

_____ WASHER/DRYER TRANSIT BOLTS REQUIRED FOR FRONT LOAD UNITS. BOLTS MUST BE PROVIDED BY THE CUSTOMER GAS APPLIANCES CANNOT BE CONNECTED/DISCONNECTED.

_____ PARTICLE OR PRESSED BOARD ITEMS, CUSTOMER PACKED BOXES, AND LOADS WITHOUT THE CORRECT QTY OF PADS ARE EXEMPT FROM OUR LIABILITY 1 DOZEN PADS PER 5 OF SPACE RECOMMENDED

_____ ABF AND 28" TRAILER LOADS THESE SUSPENSIONS ARE SPRING RIDE AND PROVIDE LITTLE PROTECTION FROM SHIFTING YOUR ITEMS WILL LIKELY BE DAMAGED WITHOUT SIGNIFICANT PADDING AND E TRAC STRAPS

_____ FRAGILE & HIGH VALUE ITEMS MUST BE CRATED/PROFESSIONALLY PACKED FOR PROPER HANDLING THIS INCLUDES UNCRATED POOL TABLE SLATES. DAMAGE LIABILITY ONSITE WAIVED IF APPROPRIATE CARE HAS NOT BEEN MET

_____ (IF LOADING ONLY) I UNDERSTAND THAT ONCE THE MOVERS LEAVE THE JOB SITE THE LIABILITY FOR DAMAGE CLAIMS ENDS. YOU OR YOUR TRANSPORTATION COMPANY TAKES POSSESSION ONCE THE WORK ORDER HAS BEEN SIGNED

**BILLABLE TIME**

| MOVER NAME | START TIME | BREAK | END TIME | TOTAL | CUSTOMER INITIALS |
|---|---|---|---|---|---|
| | | | AM/PM | | |
| | | | AM/PM | | |
| | | | AM/PM | | |
| | | | AM/PM | | |
| | | | AM/PM | | |

**MOVER SUPPLIED PACKING MATERIALS**

| MATERIAL FOR SERVICE | QTY | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|
| Newsprint 25 lbs Paper | | $ 35.00 | $ |
| Pads | | $ 3.50 | $ |
| Shrink Wrap Roll | | $ 50.00 | $ |
| Mattress Bag | | $ 10.00 | $ |
| Tape | | $ 7.00 | $ |
| TV Box - BUY/RENT | | $ 40 / $20 | $ |
| 1.5 Carton | | $ 2.50 | $ |
| 3.0 Carton | | $ 4.50 | $ |
| 4.5 Carton | | $ 5.50 | $ |
| Dishpack / Mirror Box | | $ 7.00 | $ |
| Wardrobe - BUY/RENT | | $ 18 / $10 | $ |
| Cloth Pads - BUY/RENT | | $20 / $10 | $ |
| Speedpack - BUY/RENT | | $50 / $25 | $ |
| TOTAL | | | $ |