CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

1/22/2024
LAURA A. AUSTIN, CLERK
BY: s/ CARMEN AMOS
    DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# LYNCHBURG DIVISION

| | |
|---|---|
| **LEONARD STATHAM GILLIAM** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | Civil Action No.: 6:23-CV-00005-NKM |
| ) | |
| **ACE MOVING AND STORAGE** ) | |
| ) | |
| **Defendants** ) | |

## ORDER

## DISMISSAL ORDER

THIS DAY CAME the plaintiff and defendant, by their respective attorneys, and advised the Court that all matters in controversy with regard to this suit have been fully and finally compromised and settled. The parties agree that this settlement is for the loss of personal property which occurred in or around June 2021, and was resolved by December 28, 2023. On motion of the plaintiff and defendant, it is ORDERED that this action be, and the same hereby is, dismissed with prejudice and is removed from the docket of this Court.

The Clerk is directed to send a certified copy of this Order to all counsel of record.

Entered this __22nd__ day of __January__, 2024.

_____
Judge

Dated: January 19, 2024

Respectfully submitted,

__/s/ Joseph A. Sanzone

SANZONE AND BAKER, L.L.P.

Joseph A. Sanzone, VSB No. 20577
*Counsel for Plaintiff*
1106 Commerce Street, Suite 3A
Post Office Box 1078
Lynchburg, Virginia 24505
Telephone: (434) 846-4691
Facsimile: (800) 927-1565